IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JON FREY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>TITAN GAS, LLC D/B/A TITAN GAS AND POWER and DARKSTAR MARKETING LLC<br><br>   Defendants. | Case No. 2:19-cv-01843-MSG<br><br>CLASS ACTION COMPLAINT |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against Darkstar Marketing, LLC, who has not appeared in this action.

DATED: December 9, 19

                 **Plaintiff Jon Frey**

                 /s/ Clayton S. Morrow
                 304 Ross Street, 7th Floor
                 Pittsburgh, PA 15219
                 (412) 209-0656
                 csm@ConsumerLaw365.com

                 /s/ Anthony Paronich
                 Paronich Law, P.C.
                 350 Lincoln St., Suite 2400
                 Hingham, MA 02043
                 (508) 221-1510
                 anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 9, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel and parties of record.

                                                              /s/ *Anthony Paronich*