**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JON FREY, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>TITAN GAS, LLC D/B/A TITAN GAS AND POWER and DARKSTAR MARKETING LLC<br><br>        Defendants. | Case No. 2:19-cv-01843-MSG<br><br>**FILED**<br><br>DEC 1 0 2019<br><br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this action with prejudice. Each party shall bear its own attorney's fees, costs, and expenses related to this action.

DATED: December 9, 2019

**Defendant Titan Gas, LLC**

/s/ David H. Colvin
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2139
dcolvin@foxrothschild.com

**Plaintiff Jon Frey**

/s/ Anthony Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

The Clerk of Court shall mark this case CLOSED.

12 10 19
Date

Goldberg, J.